**STATE OF FLORIDA, on the Relation of E. A. Pynchon, v. J. M. LEE, as Comptroller of the State of Florida.**

| 22 So. (2nd) 808 | June Term, 1945 |
| July 20, 1945 | En Banc |

*Keen, Allen & O'Kelley,* for relator.

*J. Tom Watson,* Attorney General and *George M. Powell,* Assistant Attorney General, for respondent.

PER CURIAM:

The motion to quash the alternative writ is denied on authority of State ex rel. Russell Badgett et al., v. J. M. Lee, Comptroller, filed this day.

CHAPMAN, C. J., TERRELL, BROWN, BUFORD, THOMAS, ADAMS and SEBRING, JJ., concur.

**STATE OF FLORIDA, on the Relation of Fred Howland, Inc., v. J. M. LEE, as Comptroller of the State of Florida.**
22 So. (2nd) 811      June Term, 1945
July 20, 1945      En Banc

*Keen, Allen & O'Kelley,* for relator.

*J. Tom Watson,* Attorney General and *George M. Powell,* Assistant Attorney General, for respondent.

PER CURIAM:

The motion to quash the alternative writ is denied on authority of State ex rel. Russell Badgett et al., v. J. M. Lee, Comptroller, filed this day.

CHAPMAN, C. J., TERRELL, BROWN, BUFORD, THOMAS, ADAMS and SEBRING, JJ., concur.

**STATE OF FLORIDA, on the Relation of Cleary Bros. Construction Co., v. J. M. LEE, as Comptroller of the State of Florida.**
22 So. (2nd) 809      June Term, 1945
July 20, 1945      En Banc

*Keen, Allen & O'Kelley,* for relator.

*J. Tom Watson,* Attorney General and *George M. Powell,* Assistant Attorney General, for respondent.

PER CURIAM:

The motion to quash the alternative writ is denied on authority of State ex rel. Russell Badgett et al., v. J. M. Lee, Comptroller, filed this day.

CHAPMAN, C. J., TERRELL, BROWN, BUFORD, THOMAS, ADAMS and SEBRING, JJ., concur.